THE WELBECK HALL.

DYASON v. PENNSYLVANIA R. CO. et al.

(Circuit Court of Appeals, Fourth Circuit. May 1, 1918.)

No. 1553.

Cross-Appeals from the District Court of the United States for the District of Maryland, at Baltimore; John C. Rose, Judge.

Suit in admiralty by Edwin Dyason, master of the steamship Welbeck Hall and bailee of her cargo, against the Pennsylvania Railroad Company and the Central Elevator Company. From decree for libelant, come these cross-appeals. Affirmed in part, and reversed in part.

For opinion below, see 242 Fed. 285.

H. N. Abercrombie, of Baltimore, Md., and James Keith Symmers, of New York City, for appellant and cross-appellee.

Shirley Carter, of Baltimore, Md. (Bernard Carter & Sons, of Baltimore, Md., on the brief), for appellees and cross-appellant.

Before KNAPP and WOODS, Circuit Judges, and CONNOR, District Judge.

WOODS, Circuit Judge. This case is controlled by the opinion rendered in case No. 1552, Naam Looze Vennoot Schap, S. S. Willem Van Driel, Sr., a Corporation, as Owner of S. S. Willem Van Driel, Sr., v. Pennsylvania Railroad Company, a Corporation, and Central Elevator Company of Baltimore City, a Corporation, 252 Fed. 35, —— C. C. A. ——; and accordingly the decree of the District Court is affirmed as to the liability of the Central Elevator Company, and reversed as to the liability of the Pennsylvania Railroad Company.